■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD BLACK, Appellant. [993 NYS2d 890]—Judgment, Supreme Court, New York County (Cassandra Mullen, J.), rendered January 26, 2011, as amended, February 14, 2011 and May 20, 2011, convicting defendant, after a nonjury trial, of two counts of attempted robbery in the second degree, and sentencing him, as a second felony offender, to concurrent terms of four years, unanimously affirmed.

Defendant, who was convicted of attempted second-degree robbery under the theories of being aided by another person actually present (Penal Law § 160.10 [1]), and displaying what appeared to be a firearm (Penal Law § 160.10 [2] [b]), only challenges his conviction under the aided-by-another-person theory. Defendant's legal sufficiency claim is unpreserved and we decline to review it in the interest of justice. As an alternative holding, we reject it on the merits. We also find that the verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). The evidence established that defendant was aided by two persons who positioned themselves so as to "intimidate the victim and be ready to render immediate assistance" to defendant (*Matter of Fabian J.*, 103 AD3d 564, 565 [1st Dept 2013]).

We perceive no basis for reducing the sentence. Concur—Tom, J.P., Renwick, Moskowitz, Richter and Kapnick, JJ.